UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES FIDELITY**
**AND GUARANTY COMPANY**
Plaintiff

**CIVIL NO. 03-1903 (DRD)**
v.    **03-1904 (DRD)**

**GABRIEL FUENTES JR**
**CONSTRUCTION CORP., et al**
Defendants

## ORDER

Pursuant to Special Master Cartagena's request during the Status Conference held on January 13, 2006, the Court issues the following orders:

1. The Clerk of the Court is **INSTRUCTED** to issue the following checks from the funds earmarked in the instant case for the document depository:

    a) a check in the amount of **Eight Hundred Dollars ($800.00)** payable to the order of AAA Mini Almacenes, Inc. (to be used for the purchase of racks in which to organize the documents);

    b) a check in the amount of **Four Thousand Eighty Dollars ($4,080.00)** payable to the order of AAA Mini Almacenes, Inc. (to be used for the payment of one year's worth of rent – albeit, thirteen months shall be credited due to the lump sum payment); and

    c) a check in the amount of **Two Hundred Dollars ($200.00)** payable to the order of Wanda Nieves (to be used as petty cash during her functions as the paralegal in charge of the document depository).

2. Special Master Cartagena also advised the Court that **nineteen (19)** of the claimants to the instant case have, to this date, failed to comply with this Court's previous orders to timely file affidavits, sworn statements, and other documentary evidence related to their claim. Accordingly, the Court **ORDERS** all claimants to file **ON OR BEFORE MIDNIGHT OF FRIDAY, JANUARY 20, 2006**. **FAILURE TO DULY AND TIMELY FILE BY SAID DATE SHALL SIGNIFY TO THIS COURT A LACK OF INTEREST, AND COMPLIANCE WITH CASE MANAGEMENT ORDERS OF THE COURT, AND SHALL, THUS, WARRANT THAT NO SUCH CLAIM OR PROOF RELATED THERETO BE ADMITTED BY THE SPECIAL MASTER AND/OR BY THE COURT.**

**IT IS SO ORDERED.**

s/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**