**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES FIDELITY**
**AND GUARANTY COMPANY**
Plaintiff

**CIVIL NO. 03-1903 (DRD)**
v.                                                                                                    **03-1904 (DRD)**

**GABRIEL FUENTES JR**
**CONSTRUCTION CORP., et al**
Defendants

## ORDER

Pending before the Court is the Special Master's request for the disbursement of funds for the paralegal work performed during the month's of December of 2005 and January to February of 2006 (Invoices Nos. 10359, 10438, and 10452, respectively). (Docket Nos. 1030, 1063). Accordingly, the Clerk of the Court is **INSTRUCTED** to issue the following check from the funds earmarked in the instant case for the document depository:

a)   a check in the amount of **Five Thousand, One Hundred Forty Dollars and Fifty ($5,140.50)** payable to the order of Rush!!! Paralegal Services, Inc.

The check shall be sent through certified mail, with return receipt, to Rush!!! at the address below:

**Rush!!! Paralegal Services, Inc.**
Urb. Montecasino Heights
Rio Guajataca #415
Toa Alta, Puerto Rico 00953

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of April of 2006.

s/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**